UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR BADILLO SANCHEZ,

Petitioner,

v.

FIELD OFFICE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Respondents.

No. 1:26-cv-05566-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 6)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's habeas petition (Doc. No. 1) be granted. (Doc. No. 6.) Specifically, the magistrate judge concluded that petitioner was unlawfully detained pursuant to 8 U.S.C. § 1225(b)(2) when he is actually subject to discretionary detention pursuant to 8 U.S.C. § 1226(a). (*Id.* at 2–4.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.*

/////

at 5.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The court ADOPTS IN FULL the findings and recommendations issued on August 17, 2026;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Salvador Badillo Sanchez, A-File No. 222-553-565, from respondents' custody;
    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Immigration Processing Center; and
4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 26, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE